

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-08-428-CV

SHAWNA MERCER, INDIVIDUALLY                    APPELLANT
AND AS REPRESENTATIVE OF THE
ESTATE OF BENNIE MERCER,
DECEASED, AND AS NATURAL
MOTHER AND NEXT FRIEND OF
MELISSA MERCER, A MINOR CHILD

V.

RICHARD SCHERIGER                              APPELLEE

----------

## FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

---

[1]... *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED:  February 4, 2010